United States District Court Sourthern District of New York

**Christopher Watson and Intellctus**

        Plaintiff(s),

vs.

**Riptide Worldwide, Inc., et al**

        Defendant(s).

_____/

**Case No.: 11–CIV–0874**

**AFFIDAVIT OF SERVICE**

JSO Control #:

Pursuant to the request of **WS Process Serers, Inc**, received this process on **02/25/2011** at **6:46 PM** to be served upon:

**Tommy E. Wheeler**

STATE OF FLORIDA
COUNTY OF Duval     ss.

I, **Richard M. Meikle** # 839, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **02/26/2011** at **9:45 AM**, I served the within **Summons; Complaint; Cover Letter By Attorney; Recently Sent Letter By Attorney to Illinois National Insurance Company; Copy of Declaration Pages; Claim Reporting Informations Sheet for Illinois National Insurance Company** on **Tommy E. Wheeler** at **13846 Atlantic Blvd, # 404, Jacksonville, FL 32225 , ,** in the manner indicated below:

**INDIVIDUAL SERVICE: – F.S. 48.031 (1)(a):** By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or other initial pleading or paper (if any) and informing the person of the contents.

Description of person process was left with:

Sex: **Male** – Skin: **Caucasian** – Hair: **Dyed Other Color** – Age: **50** – Height: **6'** – Weight: **180**

I asked the person spoken to if the person served is married and I received an affirmative reply.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence and I received a negative reply.

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

Signed and sworn to before me on
this 28th day of February , 20 11
by Richard M. Meikle # 839

_Amanda Crews_
Notary Public

By: X _[signature]_
**Richard M. Meikle # 839** – Cert/Appt#: 839
WS Process Servers, Inc
31726 Ranch Viejo Road
San Juan Capistrano, CA 92675
949–489–7758

*15822*

Atty: Ober, Kaler, Grimes & Shriver
ClientRef#:2011000045
31726 Rancho Viejo Road,
San Juan Capistrano CA 92675

Notary Public - State of Florida
My Commission Expires Mar 19, 2011
Commission # DD 652916
Bonded Through National Notary Assn

Cost Of Service: 30.00