# RETURN OF SERVICE

**State of New York**                    **County of New York**                    **Court**

Index Number: 11 CIV 0874
Date Filed: 2/8/2011

Plaintiff:
**CHRISTOPHER WATSON and INTELLECTUS, LLC**

vs.

Defendant:
**RIPTIDE WORLDWIDE, INC., et al**

For:
Anthony Vittoria
OBER / KAHLER
120 East Baltimore Street
Baltimore, MD 21202

Received by WS Process Servers Inc on the 21st day of February, 2011 at 3:02 pm to be served on **RICHARD CONNELLY, 980 FOXDALE, FAIRVIEW, TX 75069.**

I, Jason Widdon, do hereby affirm that on the **18th day of March, 2011 at 10:18 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; COMPLAINT; COVER LETTER BY ATTORNEY; RECENTLY SENT LETTER BY ATTORNEY TO ILLINOIS NATIONAL INSURANCE COMPANY; COPY OF DECLARATION PAGES; CLAIM REPORTING INFORMATIONS SHEET FOR ILLINOIS NATIONAL INSURANCE COMPANY** with the date and hour of service endorsed thereon by me, to: **REFUSED FIRST NAME CONNELLY** as **WIFE** at the address of: **980 FOXDALE, FAIRVIEW, TX 75069**, the within named person's usual place of **Work**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/18/2011  10:18 am   Went to door, wife answered, I am leaving these documents on the door and she slammed the door, left on the porch and wittnessed by the plumber on duty, Chuck Hager

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas

Jason Widdon
SC 4624

**WS Process Servers Inc**
**31726 Rancho Viejo Road**
**#121**
**San Juan Capistrano, CA 92675**
**(949) 489-7758**
Our Job Serial Number: 2011000046
Ref: 591457
Service Fee: $95.00

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x