# **RETURN OF SERVICE**

State of New York          County of New York          Court

Index Number: 11 CIV 0874
Date Filed: 2/8/2011

Plaintiff:
**CHRISTOPHER WATSON and INTELLECTUS, LLC**
vs.
Defendant:
**RIPTIDE WORLDWIDE, INC., et al**

For:
Anthony Vittoria
OBER / KAHLER
120 East Baltimore Street
Baltimore, MD 21202

Received by WS Process Servers Inc on the 21st day of February, 2011 at 3:02 pm to be served on **RIPTIDE WORLDWIDE, INC (f/k/a) SHEA DEVELOPMENT CORP, 1859 WHITNEY MESA DRIVE, HENDERSON, NV 89014**

I, Ted Wright, do hereby affirm that on the **29th day of March, 2011 at 1:25 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT; COVER LETTER BY ATTORNEY; RECENTLY SENT LETTER BY ATTORNEY TO ILLINOIS NATIONAL INSURANCE COMPANY; COPY OF DECLARATION PAGES; CLAIM REPORTING INFORMATIONS SHEET FOR ILLINOIS NATIONAL INSURANCE COMPANY** with the date and hour of service endorsed thereon by me, to: **MATT LEAVENS** as **VICE PRESIDENT** for **RIPTIDE WORLDWIDE, INC (f/k/a) SHEA DEVELOPMENT CORP**, at the address of: **1859 WHITNEY MESA DRIVE, HENDERSON, NV 89014**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of NEVADA

Ted Wright
R-000968

WS Process Servers Inc
31726 Rancho Viejo Road
#121
San Juan Capistrano, CA 92675
(949) 489-7758
Our Job Serial Number: 2011000044
Ref: 591446
Service Fee: $75.00

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x