# **RETURN OF SERVICE**

| | | |
|---|---|---|
| State of New York | County of New York | Court |

Index Number: 11 CIV 0874
Date Filed: 2/8/2011

Plaintiff:
**CHRISTOPHER WATSON and INTELLECTUS, LLC**

vs.

Defendant:
**RIPTIDE WORLDWIDE, INC., et al**

For:
Anthony Vittoria
OBER / KAHLER
120 East Baltimore Street
Baltimore, MD 21202

Received by WS Process Servers Inc on the 21st day of February, 2011 at 3:02 pm to be served on **FRANCIS E. WILDE, 316 RIDGEHAVEN PLACE, RICHARDSON, TX 75080.**

I, Austin Wells, do hereby affirm that on the **5th day of March, 2011 at 11:00 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; COMPLAINT; COVER LETTER BY ATTORNEY; RECENTLY SENT LETTER BY ATTORNEY TO ILLINOIS NATIONAL INSURANCE COMPANY; COPY OF DECLARATION PAGES; CLAIM REPORTING INFORMATIONS SHEET FOR ILLINOIS NATIONAL INSURANCE COMPANY** with the date and hour of service endorsed thereon by me, to: **MAUREEN WILDE** as **SPOUSE** at the address of **316 RIDGEHAVEN PLACE, RICHARDSON, TX 75080**, the within named person's usual place of **Work**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 125, Hair: Blk, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of California

**Non-Peace Officer Verification**
Verification of return (if not served by peace officer)
sworn to this  15  day of  MARCH  20 11
By: Austin Wells                          Server
Notary Public, State of Texas


Austin Wells   3/15/11
SCH 2680

WS Process Servers Inc
31726 Rancho Viejo Road
#121
San Juan Capistrano, CA 92675
(949) 489-7758
Our Job Serial Number: 2011000047
Ref: 591457
Service Fee: $95.00

JACOB CAMBRON
MY COMMISSION EXPIRES
AUGUST 12, 2013

Copyright © 1992-2009 Database Services Inc - Process Server's Toolbox V6.3x