UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHRISTOPHER WATSON and
INTELLECTUS, LLC

Case No.:  11 Civ. 0874 (PAC)

Plaintiffs,

vs.

RIPTIDE WORLDWIDE, INC. (F/K/A SHEA
DEVELOPMENT CORP.), FRANCIS E.
WILDE, TOMMY E. WHEELER, E. JOSEPH
VITETTA, JR., RICHARD CONNELLY and
PHILIP E. LOEFFEL

**NOTICE OF APPEARANCE**

Defendants.

-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that Joseph P. McNulty of Carroll McNulty & Kull, LLC, 120 Mountain View Boulevard, P.O. Box 650, Basking Ridge, New Jersey 07920, shall be the attorney of record for Defendant, Philip E. Loeffel ("Defendant") in this matter. This Notice of Appearance shall be filed with the Clerk of the Court.

Dated: Basking Ridge, New Jersey
       April 20, 2011

CARROLL McNULTY & KULL, LLC
Attorneys for Defendant, Philip E. Loeffel

By: _____
Joseph P. McNulty
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
(908) 848-6300