```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21 APR 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Christopher Watson and Intellectus, LLC,

                    Plaintiffs,

- against -

RIPTIDE WORLDWIDE, INC. (f/k/a Shea Development Corp.), FRANCIS E. WILDE, TOMMY E. WHEELER, E. JOSEPH VITETTA, JR., RICHARD CONNELLY, and PHILIP E. LOEFFEL,

                    Defendants.
----------------------------------------------------------------X

11-CV-0874 (PAC)

Stip + Order on
**Briefing Schedule for Defendant
Connelly's Motion to Dismiss**

      IT IS HEREBY STIPULATED AND AGREED by and between respective counsel to the aforementioned parties that a briefing schedule with respect to the Motion to Dismiss on behalf of Defendant Richard Connelly will be set as follows:

      The Motion to Dismiss, with the supporting Memorandum of Law, was served and filed on April 7, 2011.

      The Plaintiff's Opposition with supporting documentation will be served and filed on May 6, 2011.

      The Defendant's Reply with supporting documentation will be served and filed on May 16, 2011.

Dated:     April 18, 2011

Allyn & Fortuna, LLP

_____
Attorneys for Plaintiff Megan J. Muoio
200 Madison Avenue, 5th Floor (MM-6121)
New York, New York 10016

Shaub, Ahmuty, Citrin & Spratt, LLP

_____ (RC 2106)
Attorneys for Defendant
655 Third Avenue, 28th Floor
New York, New York 10017

_____ 21 APR 2011
So Ordered
Paul A. Crotty, U.S.D.J.