SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Watson and      Plaintiff,
Intellectus, LLC,

- against -

Riptide Worldwide, Inc. et Defendant.
al.

__11__ cv __0874__ (__PC__)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Megan J. Muoio   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | James E. Edwards |
| Firm Name: | Ober Kaler |
| Address: | 100 Light Street |
| City/State/Zip: | Baltimore, Maryland 21202 |
| Phone Number: | (410) 685-1120 |
| Fax Number: | (410) 547-0699 |

James E. Edwards   is a member in good standing of the Bar of the States of Maryland

There are no pending disciplinary proceeding against   James E. Edwards   in any State or Federal court.

Dated:   4/21/2011
City, State:   New York, New York

Respectfully submitted,

[signature]

Sponsor's
SDNY Bar JM-6121
Firm Name: Allyn & Fortuna LLP
Address: 200 Madison Avenue, 5th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 213-8844
Fax Number: (212) 213-3318

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
CHRISTOPHER WATSON and :
INTELLECTUS, LLC, :
:
: 11-CV-0874 (PAC)
Plaintiffs, :
: **AFFIDAVIT OF MEGAN**
-against- : **J. MUOIO IN SUPPORT OF**
: **MOTION TO ADMIT**
RIPTIDE WORLDWIDE, INC. (f/k/a Shea : **COUNSEL *PRO HAC VICE***
Development Corp.), FRANCIS E. WILDE, :
TOMMY E. WHEELER, JOSEPH VITETTA, :
RICHARD CONNELLY and PHILIP E. :
LOEFFEL, :
:
Defendants. :
----------------------------------------------------------------X

State of New York   )
                    ) ss:
County of New York  )

    MEGAN J. MUOIO, being duly sworn, hereby deposes and says as follows:

    1.    I am associated with Allyn & Fortuna, LLP, counsel for Plaintiffs Christopher Watson and Intellectus, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this Affidavit based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit James E. Edwards as counsel *pro hac vice* to represent Plaintiffs in this matter.

    2.    I am a member of good standing of the bar of the State of New York, and was admitted to practice law on January 26, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known James E. Edwards since November 2009.

    4.    Mr. Edwards is a principal of Ober Kaler in Baltimore, Maryland. He is a member in good standing of the Bar of the State of Maryland. A Certificate of Good Standing from Maryland is annexed hereto as Exhibit A.

    5.    I have found Mr. Edwards to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

    6.    Accordingly, I am pleased to move the admission of James E. Edwards, *pro hac vice*.

      7.      I respectfully submit a proposed order granting the admission of James E. Edwards, *pro hac vice*, which is attached hereto as Exhibit B.

      WHEREFORE, it is respectfully requested that the motion to admit James E. Edwards, *pro hac vice*, to represent the Plaintiffs in the above captioned matter, be granted.

Dated: April 20, 2011
       New York, New York

                                          Respectfully submitted,

                                          _____
                                          Megan J. Muolo
                                          SNDY Bar Code: JM-6121

Sworn To Before Me This
   20th day of April, 2011

_____
               Notary Public

ANDREA PLATNER HELLMAN
Notary Public, State of New York
No. 02HE5068712
Qualified in New York County
Commission Expires Nov. 4, 20__    12/28/14

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the ninth day of December, 1982,

### James Ernest Edwards, Jr.

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of April, 2011.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Watson and Intellectus, LLC,

Plaintiff,

- against -

Riptide Worldwide, Inc. et al.

Defendant.

11 cv 0874 (PAC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Megan J. Muoio attorney for Christopher Watson and Intellectus, LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   James E. Edwards

Firm Name:   Ober Kaler

Address:   100 Light Street

City/State/Zip:   Baltimore, Maryland 21202

Telephone/Fax:   (410) 685-1120

Email Address:   410-547-0699

is admitted to practice pro hac vice as counsel for Christopher Watson and Intellectus, LL in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : SS :
COUNTY OF NEW YORK   )

Anna Roman, being duly sworn, deposes and says:

On April 20, 2011, I served the annexed **MOTION TO ADMIT JAMES E. EDWARDS PRO HAC VICE** on the attorney(s) and/or parties named below by depositing a true copy in a postage-paid, properly addressed envelope into the care of the United States Postal Service at the postal box located at 200 Madison Avenue, New York, New York 10016. Postal service directed as follows:

```
Teresa M. Cinnamond, Esq.
Carroll, McNulty & Kull LLC              Rick Castello, Esq.
120 Mountain View Boulevard              Shaub, Ahmuty, Citrin & Spratt, LLP
Post Office Box 650                      655 Third Avenue
Basking Ridge, NJ 07920                  New York, NY 10017

Francis E. Wilde
316 Ridgehaven Place                     Tommy E. Wheeler
Richardson, TX 75080                     13846 Atlantic Blvd, #404
                                         Jacksonville, FL 32225

Riptide Worldwide Inc.                   Joseph E. Vitetta, Jr.
c/o Shea Development Corp                260 Ambleside Chase
1859 Whitney Mesa Drive                  Alpharetta, GA 30022
Henderson, NV 89014
```

Such being the address previously designated for that purpose in the preceding papers in this action. Such service was done in full compliance with Rule FRCP 5(b). I am over 18 years old.

Dated: New York, New York
       April 20, 2011

                                                   _____
                                                           Anna Roman

Sworn To Before Me This
20th Day of April 2011

_____
     Notary Public

Case 1:11-cv-00874-PAC   Document 22   Filed 04/21/11   Page 8 of 8