SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Watson and    Plaintiff,
Intellectus, LLC,

- against -

Riptide Worldwide, Inc. et Defendant.
al.

11 cv 0874 (PC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Megan J. Muoio    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   **Anthony F. Vittoria**
Firm Name:           Ober Kaler
Address:             100 Light Street
City/State/Zip:      Baltimore, Maryland  21202
Phone Number:        (410) 685-1120
Fax Number:          (410) 547-0699

Anthony F. Vittoria            is a member in good standing of the Bar of the States of

Maryland, Virginia and the District of Columbia

There are no pending disciplinary proceeding against   Anthony F. Vittoria
in any State or Federal court.

Dated:       4/21/2011
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar  JM-6121
Firm Name: **Allyn & Fortuna LLP**
Address: **200 Madison Avenue,   5th Floor**
City/State/Zip: **New York, NY 10016**
Phone Number: **(212) 213-8844**
Fax Number:  **(212) 213-3318**

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————— X
                                                          :
CHRISTOPHER WATSON and                                    :
INTELLECTUS, LLC,                                         :
                                                          :      11-CV-0874 (PAC)
                                    Plaintiffs,           :
                                                          :      **AFFIDAVIT OF MEGAN**
          -against-                                       :      **J. MUOIO IN SUPPORT OF**
                                                          :      **MOTION TO ADMIT**
RIPTIDE WORLDWIDE, INC. (f/k/a Shea                       :      **COUNSEL *PRO HAC VICE***
Development Corp.), FRANCIS E. WILDE,                     :
TOMMY E. WHEELER, JOSEPH VITETTA,                         :
RICHARD CONNELLY and PHILIP E.                            :
LOEFFEL,                                                  :
                                                          :
                                    Defendants.           :
——————————————————————————— X

State of New York    )
                     ) ss:
County of New York   )

        MEGAN J. MUOIO, being duly sworn, hereby deposes and says as follows:

        1.      I am associated with Allyn & Fortuna, LLP, counsel for Plaintiffs Christopher
Watson and Intellectus, LLC in the above captioned action. I am familiar with the proceedings
in this case. I make this Affidavit based on my personal knowledge of the facts set forth herein
and in support of Plaintiffs' motion to admit Anthony F. Vittoria as counsel *pro hac vice* to
represent Plaintiffs in this matter.

        2.      I am a member of good standing of the bar of the State of New York, and was
admitted to practice law on January 26, 2005. I am also admitted to the bar of the United States
District Court for the Southern District of New York, and am in good standing with this Court.

        3.      I have known Anthony F. Vittoria since December 2010.

        4.      Mr. Vittoria is a principal of Ober Kaler in Baltimore, Maryland. He is a member
in good standing of the Bar of the States of Maryland, Virginia and the District of Columbia.
Mr. Vittoria's Certificates of Good Standing from Maryland, Virginia and the District of
Columbia are annexed hereto as Exhibit A.

        5.      I have found Mr. Vittoria to be a skilled attorney and a person of integrity. He is
experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Anthony F. Vittoria, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Anthony F. Vittoria, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Anthony F. Vittoria, *pro hac vice*, to represent the Plaintiffs in the above captioned matter, be granted.


Dated: April 20, 2011
          New York, New York


                                        Respectfully submitted,


                                        _____
                                        Megan J. Mudio
                                        SNDY Bar Code: JM-6121


Sworn To Before Me This
  20ᵗʰ   day of April, 2011

_____
              Notary Public


          ANDREA PLATNER HELLMAN
        Notary Public, State of New York
                No. 02HE5068712
           Qualified in New York County
        Commission Expires Nov. 4, 20__
                                    12/28/14

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

     *I,  Bessie M. Decker, Clerk of the Court of Appeals of Maryland,
do hereby certify that on the  eighteenth day of December, 1997,*

### Anthony Francis Vittoria

*having  first taken  and  subscribed the oath prescribed by the Constitution and
Laws  of  this  State,  was admitted as an attorney of said Court, is now in good
standing, and  as  such  is  entitled to  practice law in any of the Courts of said
State, subject to the Rules of Court.*

          **In Testimony Whereof,**   *I have hereunto
set my hand as Clerk, and affixed the Seal
of the  Court of Appeals of Maryland, this
twelfth day of April, 2011.*

*Bessie M. Decker*

*Clerk of the Court of Appeals of Maryland*

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT *ANTHONY FRANCIS VITTORIA* IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. VITTORIA** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 23, 1997,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued April 11, 2011*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia
Court of Appeals, do hereby certify that

ANTHONY F. VITTORIA

was on the ___7TH___ day of ___DECEMBER, 1998___
duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on April
14, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Christopher Watson and           Plaintiff,
Intellectus, LLC,

                                                            11   cv   0874        (PAC)

              - against -
Riptide Worldwide, Inc. et al.          Defendant.          **ORDER FOR ADMISSION**
                                                            **PRO HAC VICE**
                                                            **ON WRITTEN MOTION**

Upon the motion of  Megan J. Muoio        attorney for  Christopher Watson and Intellectus, LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

          Applicant's Name:     Anthony F. Vittoria

          Firm Name:            Ober Kaler

          Address:              100 Light Street

          City/State/Zip:       Baltimore, Maryland  21202

          Telephone/Fax:        (410) 685-1120

          Email Address:        410-547-0699

is admitted to practice pro hac vice as counsel for    Christopher Watson and Intellectus, LL  in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $                    SDNY RECEIPT#
SDNY Form Web 10/2006

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : SS :
COUNTY OF NEW YORK  )

Anna Roman, being duly sworn, deposes and says:

On April 20, 2011, I served the annexed **MOTION TO ADMIT ANTHONY F. VITTORIA PRO HAC VICE** on the attorney(s) and/or parties named below by depositing a true copy in a postage-paid, properly addressed envelope into the care of the United States Postal Service at the postal box located at 200 Madison Avenue, New York, New York 10016. Postal service directed as follows:

Teresa M. Cinnamond, Esq.
Carroll, McNulty & Kull LLC
120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920

Francis E. Wilde
316 Ridgehaven Place
Richardson, TX 75080

Riptide Worldwide Inc.
c/o Shea Development Corp
1859 Whitney Mesa Drive
Henderson, NV 89014

Rick Castello, Esq.
Shaub, Ahmuty, Citrin & Spratt, LLP
655 Third Avenue
New York, NY 10017

Tommy E. Wheeler
13846 Atlantic Blvd, #404
Jacksonville, FL 32225

Joseph E. Vitetta, Jr.
260 Ambleside Chase
Alpharetta, GA 30022

Such being the address previously designated for that purpose in the preceding papers in this action. Such service was done in full compliance with Rule FRCP 5(b). I am over 18 years old.

Dated: New York, New York
       April 20, 2011

                                    Anna Roman

Sworn To Before Me This
20th Day of April 2011

Notary Public

MEGAN J. MUOIO
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
02MU6123566
MY COMMISSION EXPIRES MARCH 7, 2013