SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 APR 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Watson and      Plaintiff,
Intellectus, LLC,

                                                  11   cv   0874      (PAC)

           - against -
                                    Defendant.    ORDER FOR ADMISSION
Riptide Worldwide, Inc. et al.                    PRO HAC VICE
                                                  ON WRITTEN MOTION

Upon the motion of  Megan J. Muoio   attorney for  Christopher Watson and Intellectus, LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anthony F. Vittoria |
| Firm Name: | Ober Kaler |
| Address: | 100 Light Street |
| City/State/Zip: | Baltimore, Maryland 21202 |
| Telephone/Fax: | (410) 685-1120 |
| Email Address: | 410-547-0699 |

is admitted to practice pro hac vice as counsel for   Christopher Watson and Intellectus, LL   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   2 7 APR 2011
City, State:   *New York, N.Y.*

                                              _____
                                              United States District/~~Magistrate~~ Judge