SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 APR 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Watson and Intellectus, LLC,

Plaintiff,

- against -

Riptide Worldwide, Inc. et al.

Defendant.

11 cv 0874 (PAC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Megan J. Muoio attorney for Christopher Watson and Intellectus, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James E. Edwards |
| Firm Name: | Ober Kaler |
| Address: | 100 Light Street |
| City/State/Zip: | Baltimore, Maryland 21202 |
| Telephone/Fax: | (410) 685-1120 |
| Email Address: | 410-547-0699 |

is admitted to practice pro hac vice as counsel for Christopher Watson and Intellectus, LL in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 27 APR 2011
City, State: New York, NY

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006