UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CHRISTOPHER WATSON and INTELLECTUS, LLC | Case No.: 11 Civ. 0874 (PAC) |
| Plaintiffs, | |
| vs. | **DECLARATION OF** <br> **TERESA M. CINNAMOND** |
| RIPTIDE WORLDWIDE, INC. (F/K/A SHEA DEVELOPMENT CORP.), FRANCIS E. WILDE, TOMMY E. WHEELER, E. JOSEPH VITETTA, JR., RICHARD CONNELLY and PHILIP E. LOEFFEL | |
| Defendants. | |

------------------------------------------------------------X

I, Teresa M. Cinnamond, do hereby declare:

1. I am associated with the law firm Carroll, McNulty & Kull LLC, attorneys for Defendant Philip E. Loeffel (hereinafter referred to as "Mr. Loeffel") in this matter.

2. I submit this declaration in support of Mr. Loeffel's Motion to Dismiss the Complaint filed by Plaintiffs Christopher Watson and Intellectus, LLC.

3. A true and accurate copy of the Complaint filed in this matter is annexed hereto as Exhibit "A".

4. A true and accurate copy of the Complaint filed by Riptide Worldwide, Inc. ("Riptide") (f/k/a Shea Development Corp.) against Christopher Watson on December 12, 2007 in the United States District Court for the Southern District of New York, Civil Docket No. 1:07-cv-11201-DLC-GWG (the "prior federal court action"), is annexed hereto as Exhibit "B".

5. A true and correct copy of the Complaint filed by Christopher Watson against Riptide in the Supreme Court of the State of New York, New York County, Index No. 600114/08 (the "prior state court action"), is annexed hereto as Exhibit "C".

6. A true and accurate copy of transcript of the July 10, 2008 Settlement Agreement entered on the record before the Honorable Gabriel W. Gorenstein in the prior federal court action annexed hereto as Exhibit "D".

7. A true and accurate copy of the February 3, 2009 Settlement Judgment entered in the prior federal court action is annexed hereto as Exhibit "E".

8. A true and accurate copy of Plaintiff Christopher Watson's Declaration filed on August 25, 2008 in the prior federal court action is annexed hereto as Exhibit "F".

9. A true and accurate copy of Francis Wilde's Declaration filed on September 2, 2008 in the prior federal action is annexed hereto as Exhibit "G".

10. A true and accurate copy of Christopher Watson's Declaration filed on September 8, 2008 in the prior federal action is annexed hereto as Exhibit "H".

11. A true and accurate copy of the Report and Recommendations of Magistrate Judge Gorenstein filed on October 27, 2008 with prior federal court action is annexed hereto as Exhibit "I".

12. A true and accurate copy of the Notice of Objections to Report and Recommendations filed by Christopher Watson in the prior federal court action is annexed hereto as Exhibit "J".

13. A true and accurate copy of a Plaintiff Christopher Watson's Declaration filed on June 18, 2009 in the prior federal action is annexed hereto as Exhibit "K".

14. A true and accurate copy of an Order entered on July 15, 2008 by the New York Supreme Court in the prior state court action is annexed hereto as Exhibit "L".

I state under the penalty of perjury, that the foregoing is true and correct.

           CARROLL, McNULTY & KULL LLC

By: *Teresa M. Cinnamond*
Teresa M. Cinnamond
120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, New Jersey 07920
Telephone No.: (908) 848-6300
Attorneys for Defendant
Philip E. Loeffel

Dated: New York, New York
       April 28, 2011