**EXHIBIT L**

SCANNED ON 7/17/2008

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _____ *Herman Cahn* _____     PART **49**
                                    *Justice*

| Index Number : 600114/2008 | |
|---|---|
| **WATSON, CHRISTOPHER** | |
| vs. | |
| **RIPTIDE WORLDWIDE, INC.,** | |
| SEQUENCE NUMBER :   # 001 | |
| COMPEL | |

INDEX NO. *600114-08*

MOTION DATE _____

MOTION SEQ. NO. *# 001*

MOTION CAL. NO. _____

were read on this motion to/for _____

**PAPERS NUMBERED**

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...     _____

Answering Affidavits — Exhibits _____     _____

Replying Affidavits _____     _____

**Cross-Motion:**  ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this motion *is denied as moot.*

*The action is settled.*

**▌FILED▐**

JUL 17 2008

COUNTY CLERK'S OFFICE
NEW YORK

*(left margin, vertical)* MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Dated: *July 15, 2008* _____          _____
                                                         J.S.C.

Check one:   ☑ **FINAL DISPOSITION**     ☐ **NON-FINAL DISPOSITION**

Check if appropriate:   ☐ **DO NOT POST**     ☐ **REFERENCE**