**CMK CARROLL McNULTY KULL LLC**
COUNSELLORS AT LAW

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920

570 Lexington Avenue
10th Floor
New York, NY 10022

908.848.6300 PHONE
908.848.6310 FAX

212.252.0004 PHONE
212.252.0444 FAX

April 29, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 MAY 2011

Via E-Mail CrottyNYSDChambers@nysd.uscourts.gov

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Chambers 735
New York, New York 10007

RE:   *Watson and Intellectus, LLP v. Riptide Worldwide, et al. 1:11-cv-0874(PAC)*
      Motion to Dismiss Complaint - Briefing Schedule

Dear Judge Crotty:

Pursuant to Your Honor's directive, the parties have conferred and agreed upon the following briefing schedule:

Defendant Philip Loeffel will file his Motion to Dismiss pursuant to FRCP 12(b)(6) by April 28, 2011;
Plaintiff's Opposition papers will be due May 16, 2011; and
Mr. Loeffel's Reply will be due May 26, 2011.

If Your Honor has any questions regarding this matter, we are available to respond.

Respectfully submitted,
CARROLL McNULTY & KULL LLC

*Teresa M. Cinnamond*
Teresa M. Cinnamond

cc:   Nicholas Fortuna, Esq.
      Meghan Muoio, Esq.
      James E. Edwards, Esq.
      Kelly M. Preteroti, Esq.
      Anthony F. Vittoria, Esq
      Raymond Richard Castello, Esq.
      Joseph P. McNulty, Esq.

MEMO ENDORSED

SO ORDERED:   05 MAY 2011

*Paul Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

cmk.com