

SCANNED

April 20, 2011

United States District Court
Southern District of New York
C/O Attn: Pro Se
500 Pearl Street
New York, NY 10007

Re: Case # 11 CIV 0874

Plaintiffs: Christopher Watson and Intellectus LLC

Specific Co-Defendant: E. Joseph Vitetta Jr.

Your Honor:

I was recently served by the Plaintiff's lawyer and I am writing to request a formal extension of time to answer this complaint for a period of 90 days until July 31, 2011. The reason for this request is to prepare my answers to the complaint as I am representing myself Pro Se.

Please consider granting this request as it is the only effective way for me to mount an effective defense to these falsely raised claims.

Thank you in advance.

Best Regards,

E. Joseph Vitetta Jr.
260 Ambleside Chase
Alpharetta, GA 30022
(770) 881-1119 (Mobile)

---

*Handwritten endorsement:*

May 5, 2011

The request is granted but not for the proposed 90 days. Mr. Vitetta must file his answer by June 30, 2011, or a default may be taken. Mr. Vitetta would be well advised to retain counsel to represent his interests.

So ordered
Paul Crotty

"Copies Mailed By Chambers"

MEMO ENDORSED

*Handwritten:* Copies sent to opposing counsel



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
C/O PRO SE OFFICE
500 PEARL STREET   ROOM 230
NEW YORK   NY 10007



**ALLYN & FORTUNA** LLP
ATTORNEYS AT LAW

NEW YORK
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone (212) 213-8844
Facsimile (212) 213-3318

NEW JERSEY
75 Main Street, Suite 101
Millburn, New Jersey 07041
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

April 25, 2011

**Via Electronic Mail: CrottyNYSDChambers@nysd.uscourts.gov**

The Honorable Paul A. Crotty
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

    Re:    **Christopher Watson and Intellectus, LLP, v. Riptide Worldwide, Inc., *et al.*,
            Case No.: 1:11-cv-0874 (PAC)**

Dear Judge Crotty:

    I am writing in response Defendant E. Joseph Vitetta, Jr.'s letter dated April 20, 2011 – but postmarked April 22, 2011 – to the Court requesting an extension to respond to the Complaint that was served on him in this matter. Despite Defendant Vitetta's assertion to the contrary, he was not "recently" served with the complaint; rather, Defendant Vitetta was served on March 28, 2011, more than 20 days before he sent his letter. Indeed, Defendant Vitetta was in default in this case, and his default was duly certified by the Clerk of Court on April 21, 2011, a day before Defendant Vitetta sent his letter. A copy of the Clerk's Certificate of Default is enclosed with this letter.

    However, should the Court decide to grant Defendant Vitetta's request for an extension of time, we object to extending Defendant Vitetta's time to respond to the Complaint until July 31, 2011, as requested. Instead, we would request that the Court provide Defendant Vitetta with a reasonable 30 day extension within which to file his responsive pleading.

    Thank you for your consideration of the foregoing.

                                              Sincerely,

                                              Nicholas Fortuna
                                              (NF-9191)

The Honorable Paul A. Crotty
April 25, 2011
Page 2 of 2

cc:   E. Joseph Vitetta, Jr. (via first class mail)
      Raymond R. Castello, Esq. (via e-mail)
      Teresa M. Cinnamond, Esq. (via e-mail)