## **CERTIFICATE OF SERVICE**

I herby certify that on this date, a true and correct copy of the Declaration of Christopher Watson, all exhibits annexed thereto, and Plaintiffs' Brief in Opposition to Defendant Joseph Vitetta's Motion to Dismiss Plaintiffs' Complaint was served via Federal Express 2-Day Mail, by delivering the same into the care and custody of Federal Express before the time designated by Federal Express for overnight delivery from 200 Madison Avenue, New York, New York, on the following:

> E. Joseph Vitetta
> 260 Ambleside Chase
> Alpharetta, Georgia  30022

Such being the address indicated by Mr. Vitetta as the address of his residence.

Dated: July 14, 2011
      New York, New York

                                          Megan J. Muoio (JM-6121)